NO. 07-12-00085-CR, 07-12-00086-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 21, 2012

————————————————————

MARCO ANTONIO MORALES, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

————————————————————

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 64,768-E, 64-769-E; HONORABLE DOUGLAS WOODBURN, JUDGE

————————————————————

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Pending before the court is the motion of appellant Marco Antonio Morales to dismiss his two appeals. Appellant and his attorney have both signed the motion. Tex. R. App. P. 42.2(a). No decision of this court having been delivered to date, we grant the motion. Accordingly, the two appeals are dismissed. No motions for rehearing will be entertained and our mandates will issue forthwith.

James T. Campbell
Justice

Do not publish.